AO 91 (Rev. 11/11) Criminal Complaint | AUSA: Susan Fairchild | Telephone: (313) 226-9577
Agent: James A. Rentzel | Telephone: (810) 989-5056

# UNITED STATES DISTRICT COURT
for the
Eastern District of Michigan

United States of America
v.
Francisco Ismael AMAYA-FERNANDEZ

Case No. Case: 2:26-mj-30480
Assigned To : Unassigned
Assign. Date : 08/14/2026
Description: CMP- USA V. AMAYA FERNANDEZ (CS)

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of August 12, 2026 in the county of Macomb in the Eastern District of Michigan, the defendant(s) violated:

| *Code Section* | *Offense Description* |
|---|---|
| 8 U.S.C. § 1326(a) | Unlawful re-entry after removal from the United States |

This criminal complaint is based on these facts:
See attached affidavit

☑ Continued on the attached sheet.

[signature]
*Complainant's signature*

James A. Rentzel, U.S. Border Patrol Agent
*Printed name and title*

Sworn to before me and signed in my presence.

Date: August 14, 2026

[signature: Elizabeth A. Stafford]
*Judge's signature*

City and state: Detroit, Michigan

Hon. Elizabeth A. Stafford, United States Magistrate Judge
*Printed name and title*

**AFFIDAVIT**

I, James A. Rentzel, declare the following under penalty of perjury:

1. I am a Border Patrol Agent with the United States Border Patrol, and I have been employed in this capacity since July of 2009. Currently, I am assigned to the Marysville Border Patrol Station. The facts set forth herein are based upon my personal knowledge as well as information provided by other law enforcement officers to include Border Patrol Agents and record checks of law enforcement databases. I have also reviewed material from the official immigration file and system automated data relating to Francisco Ismael AMAYA-FERNANDEZ, which attests to the following:

2. Francisco Ismael AMAYA-FERNANDEZ is a forty-eight-year-old male, native and citizen of Honduras, who claims to have last entered the United States at or near Hidalgo, Texas, in 2019, without being admitted, inspected or paroled by an Immigration Officer.

3. On or about May 21, 2006, AMAYA-FERNANDEZ was arrested by U.S. Border Patrol Agents at or near Freer, Texas. AMAYA-FERNANDEZ was issued an Expedited Order of Removal (ER).

4. On or about June 5, 2014, AMAYA-FERNANDEZ was removed from the United States to Honduras via Harlingen, Texas.

5. On or about May 2, 2012, AMAYA-FERNANDEZ was arrested by U.S. Border Patrol Agents at or near Hidalgo, Texas. AMAYA-FERNANDEZ was issued a Reinstatement of Deport Order.

6. On or about May 31, 2012, AMAYA-FERNANDEZ was removed from the United States to Honduras via Phoenix, Arizona.

7. On or about June 2, 2014, AMAYA-FERNANDEZ was arrested by U.S. Border Patrol Agents at or near Laredo, Texas. AMAYA-FERNANDEZ was issued a Reinstatement of Deport Order.

8. On or about June 5, 2014, AMAYA-FERNANDEZ was convicted of a violation of 8 U.S.C. §1325, Illegal Entry, a misdemeanor offense.

9. On or about July 7, 2014, AMAYA-FERNANDEZ was removed from the United States to Honduras via Houston, Texas.

10. On or about August 8, 2019, AMAYA-FERNANDEZ was arrested by U.S. Border Patrol Agents at or near Hidalgo, Texas. AMAYA-FERNANDEZ was issued a Notice to Appear and was released.

11. Further checks revealed that the Notice to Appear was not filed and that AMAYA-FERNANDEZ was not placed in removal proceedings. Therefore, AMAYA-FERNANDEZ is amenable to reinstatement of prior order of removal.

12. On or about August 30, 2021, AMAYA-FERNANDEZ was arrested by Garland Police Department in Garland, Texas, and was charged with Liquor Violation Class C. The disposition of that case is unknown.

13. On August 12, 2026, AMAYA-FERNANDEZ was encountered by U.S. Border Patrol Agents during a traffic stop in Shelby Township, Michigan. AMAYA-FERNANDEZ was a passenger in a vehicle occupied by three persons. All three persons were identified as being illegally present in the United States. After a brief immigration inspection of AMAYA-FERNANDEZ, agents placed him under arrest for being illegally present in the United States.

14. The aforementioned arrest and subsequent detention was an administrative, non-criminal action made pursuant to the authority found in sections 1357, 1225, 1226, and/or 1231 of Title 8, United States Code to arrest and detain any alien entering or attempting to enter the United States, or any alien present in the United States, who is reasonably believed to be in violation of any law or regulation regulating the admission, exclusion, expulsion, or removal of aliens.

15. Review of records from the alien file (A# xxx xxx 809) for AMAYA-FERNANDEZ and queries in U.S. Department of Homeland Security databases confirm that no record exists of AMAYA-FERNANDEZ obtaining permission from the Attorney General or the Secretary of the Department of

Homeland Security to re-apply for admission to the United States following his last removal on or about July 7, 2014.

16. Based on the above information, there is probable cause to believe that, on or about August 12, 2026, at or near Shelby Township, in the Eastern District of Michigan, Southern Division, Francisco Ismael AMAYA-FERNANDEZ, an alien from Honduras, was found in the United States after having been denied admission, excluded, deported, and removed therefrom on or about July 7, 2014, at or near Houston, Texas, and not having obtained the express consent from the Attorney General of the United States or from the Secretary of the Department of Homeland Security to re-apply for admission thereto; in violation of Title 8, United States Code, Section 1326(a).

James A. Rentzel, Border Patrol Agent
U.S. Department of Homeland Security

Sworn to before me and signed in my presence
and/or by reliable electronic means.

Elizabeth A. Stafford

Honorable Elizabeth A. Stafford
United States Magistrate Judge